UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In the Matter of

JAMES P. KOLBREK, and
LISA M. KOLBREK

      Debtors.

Chapter 13 Case No. 04-40087

PLAN AS CONFIRMED

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

1. **FUTURE EARNINGS:**

The future earnings of the debtors are submitted to the supervision and control of the trustee.

The debtors shall pay to the trustee the sum of $250.00 monthly, that is $3,000.00 annually, for a period of 5 years, for a grand total of $15,000.00, payments to commence May 15, 2004, with the last payment on April 15, 2009.

2. **DISBURSEMENTS:**

From the payments so received, the trustee shall make disbursements as follows:

    A.    PERCENTAGE FEE FOR STANDING TRUSTEE: 10%

    B.    ADMINISTRATIVE EXPENSE: - Thomas A. Blake

| ESTIMATED AMOUNT OF CLAIM | INTEREST RATE | MONTHLY PAYMENT | APPROXIMATE # OF PAYMENTS | SUM TOTAL OF ALL PAYMENTS |
|---|---|---|---|---|
| $1,590.00 | 0% | $227.00 | Months 1-8 | $1,590.00 |

RECEIVED/FILED

APR 23  10 39 AM '04



C. <u>PRIORITY CLAIMS:</u> - None

D. <u>SECURED CLAIMS</u>

1. <u>WELLS FARGO</u>

This creditor has a mortgage in debtors' homestead. Debtors are current on this obligation and will continue their regular monthly payment outside the Plan.

2. <u>HOMECOMINGS FINANCIAL</u>

This creditor has a 2nd mortgage in debtors' homestead. Debtors are current on this obligation and will continue their regular monthly payment outside the Plan.

3. <u>COMMUNITY FIRST NATIONAL BANK</u>

This creditor has security in debtors' 2000 Trailblazer. Debtors are current on this obligation and will continue their monthly payment outside the Plan.

E. <u>UNSECURED CREDITORS</u>

(a) All remaining Plan proceeds shall be paid to members of this class with **no interest.** Additionally, all of the debtors' net disposable income for five years from the date of the first payment of the Plan, shall be submitted to the Trustee for disbursement to this class.

3. **<u>EXECUTORY CONTRACTS AND UNEXPIRED LEASES:</u>**

None

4. **<u>VESTING OF PROPERTY OF THE ESTATE:</u>**

On confirmation of the Plan, all of the property of the estate shall vest in the debtors.

## 5. LIQUIDATION ANALYSIS

Attached as Exhibit "A" hereto and incorporated herein by reference is a liquidation analysis that demonstrates that creditors will receive as much or more than they would if Debtor's non-exempt assets were liquidated in a Chapter 7 bankruptcy.

Dated this ____ day of April, 2004.

_____
THOMAS A. BLAKE
Attorney for Debtor
505 West Ninth Street
Sioux Falls, SD  57104
(605) 336-1216
FAX (605) 332-2897

_____
Chapter 13 Debtor

_____
Chapter 13 Debtor

LIQUIDATION ANALYSIS

James & Lisa Kolbrek

| Assets | Market Value | Liquida-tion Exp. | Net | Secured Claims | Net | Exemptions | Net available for unsecured creditors |
|---|---|---|---|---|---|---|---|
| Clothing & Jewelry | $660 | | | | $660 | 100% | -0- |
| IRA | $2,934 | | | | $2,934 | 100% | -0- |
| IRA | $2,876 | | | | $2,876 | 100% | -0- |
| Personal Property | $19,840 | | | (-18,000) | $1,840 | $10,000 | -0- |

Exhibit "A"