Form oclscs

# United States Bankruptcy Court

District of South Dakota

**In re:**

**James Patrick Kolbrek**
SSN/ITIN xxx–xx–9476

**Lisa Marie Kolbrek**
SSN/ITIN xxx–xx–0551

Case Number: 04–40087
Chapter: 13

# ORDER DISCHARGING TRUSTEE AND CLOSING CASE

IT APPEARING Trustee Dale A. Wein has filed a final report and final account; and

IT FURTHER APPEARING the trustee has certified the estate has been fully administered; and

IT FURTHER APPEARING no timely objection has been filed by the United States Trustee or a party in interest;

IT IS HEREBY ORDERED that the trustee is discharged; and

IT IS FURTHER ORDERED that the case is closed.

Dated: 12/9/09

BY THE COURT

Charles L. Nail, Jr.
United States Bankruptcy Judge